## Smith v. The State.

Appeal from the Mobile City Court.

Tried before the Hon. O. J. Semmes.

McCarron & Lewis, for appellant.

Wm. C. Fitts, Attorney-General, for the State.

The appellant was indicted, tried and convicted for grand larceny. Judgment affirmed.

Opinion by Haralson, J.

---

## Montgomery Terminal Street Railroad Co. v. Burke, *pro ami.*

Appeal from Montgomery City Court.

Tried before the Hon. Thos. M. Arrington.

Roquemore & White, for appellant.

Gordon McDonald and Lomax & Ligon, *contra.*

Action to recover damages for personal injury. Judgment for plaintiff. Defendant appeals. Judgment reversed and cause remanded.

Opinion by McClellan, J.